```
                                            ┌─────────────────────────────┐
                                            │          FILED              │
         UNITED STATES DISTRICT COURT FOR THE│   September 30, 2009        │
                                            │  CLERK, US DISTRICT COURT   │
                                            │   EASTERN DISTRICT OF       │
         EASTERN DISTRICT OF CALIFORNIA     │       CALIFORNIA            │
                                            │   DEPUTY CLERK              │
                                            └─────────────────────────────┘
```

UNITED STATES OF AMERICA,       )
                                )       Case No. 2:09MJ00279-GGH
              Plaintiff,         )
v.                              )       ORDER FOR RELEASE OF
                                )       PERSON IN CUSTODY
PAUL SCHWARTZ,                  )
                                )
              Defendant.         )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __PAUL SCHWARTZ__ , Case No.

2:09MJ00279-GGH__ , Charge __18USC § 2252A(g)__ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $75,000.00 cash w/in two weeks

        __    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        ✔   (Other)     Pretrial Conditions as stated on the record.

Issued at __Sacramento, CA__ on __September 30, 2009__ at __2:28 pm__ .

By  /s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge

Copy 5 - Court