KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Paul Schwartz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL SCHWARTZ,<br><br>    Defendant. | Case No.: 2:09MJ00279 GGH<br><br>STIPULATION AND ORDER |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, Paul Schwartz, through his counsel, KRESTA DALY, that the cash bond posted on behalf of Mr. Schwartz be returned.

The parties have verified that in Western District of Pennsylvania case number 09-292-004 Mr. Schwartz was sentenced to 87 months in custody and remanded on March 18, 2011.  A copy of the Judgment and Commitment is attached hereto as Exhibit A.

///

///

///

///

1

```
DATED:   April 18, 2011           Respectfully submitted,


                                   s/Kresta Daly
                                  KRESTA DALY
                                  Attorney for Paul Schwartz



                                   s/Kresta Daly
DATED:   April 18, 2011           KYLE REARDON
                                  Assistant United States Attorney
```

## O R D E R

**IT IS SO ORDERED.**

DATED:   April 21, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2